## 48942. GOULD v. THE STATE.

STOLZ, Judge.

The Supreme Court on certiorari (*State v. Gould,* 232 Ga. 844), having affirmed in part and reversed in part the judgment of this court in *Gould v. State,* 131 Ga. App. 811 (207 SE2d 519), the judgment of this court is modified to conform to that of the Supreme Court, and the judgment of the Superior Court of Coweta County is hereby reversed.

*Judgment reversed. Eberhardt, P. J., and Deen, J., concur.*

DECIDED OCTOBER 17, 1974.

*Steven E. Fanning, Millard C. Farmer, Jr.,* for appellant.

*Eldridge W. Fleming, District Attorney, William F. Lee, Jr., Assistant District Attorney,* for appellee.